UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 08-127-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| BRANDON M. INMAN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition [R. 29] filed by United States Magistrate Judge Robert E. Wier. After conducting a competency hearing in this matter on May 11, 2009, the Magistrate Judge issued the Recommended Disposition, wherein he recommended a finding that the Defendant, Brandon M. Inman, is competent to face further proceedings, including trial. As noted in the Recommended Disposition and pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the parties must file any objections to the Magistrate Judge's recommendation within ten (10) days of service. [*Id.*] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.*

*Walters*, 638 F.2d 947 (6th Cir. 1981). Nonetheless, this Court has examined the record and agrees with the Magistrate Judge's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

    1.    The Recommended Disposition [R. 29] as to Brandon M. Inman is **ADOPTED** as and for the Opinion of the Court.

    2.    The Defendant, Brandon M. Inman, is found to be competent to face further proceedings, including trial, in this matter.

This the 4th day of June, 2009.

**Signed By:**
*Gregory F. Van Tatenhove*
**United States District Judge**